BYRD *v.* ATLANTA TITLE AND TRUST COMPANY *et al.*

PER CURIAM. The exceptions are to judgments refusing to allow amendments to the petition, and sustaining a general demurrer. The petition failed to set out a cause of action; and the amendments, in so far as they were germane, failed to perfect the petition. The court did not err, therefore, in the rulings to which exception is taken.

*Judgment affirmed. All the Justices concur.*

No. 7235. OCTOBER 1, 1930.

*Anderson, Rountree & Crenshaw* and *Archibald H. Davis,* for plaintiff.

*Tye, Thomson & Tye,* for defendant.